**UNITED STATES DISTRICT COURT FOR THE STATE OF MARYLAND**
**Southern Division, Greenbelt**

| | | |
|---|---|---|
| LORRAINE BAKER-BOOSER | ) | |
| *Plaintiff* | ) | |
| | ) | |
| v. | ) | Case No. AW 05-CV-1245 |
| | ) | |
| FORD MOTOR CREDIT COMPANY | ) | |

## STIPULATION OF DISMISSAL AND SETTLEMENT OF ALL CLAIMS

To the Clerk of the Court:

The parties to this action, who do hereby affix their signatures through counsel, do so with the intent of resolving all claims between the parties both past and present. The parties do further request that this Honorable Court dismiss the above captioned case and all claims and counterclaims, with prejudice.

.   Respectfully Submitted,

____/s/____Brett E. Cohen__          __/s/_____Steven C. Kahn____
Brett E. Cohen, Esq.                 Steven C. Kahn
Solomon, Malech & Cohen, P.c.        Law Offices of Steven C. Kahn
7720 Wisconsin Avenue                5028 Wisconsin Ave Ste 300
Suite 220                            Washington, DC 20016
Bethesda, Maryland 20814             *Counsel for Defendant*
*Counsel for Plaintiff*